IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JASON MEYER** and **ARGIL DX LLC** f/k/a **ZAP TECHNOLOGY SOLUTIONS LLC,** and **ARGIL DX**, putative partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>**ANKUR MITTAL, AXENO CONSULTING PVT. LTD.** f/k/a **ARGILDX CONSULTING PVT. LTD.** f/k/a **ACCUNITY SOFTWARE PVT. LTD.,** and **ADX CONSULTING INC.,**<br><br>Defendants. | No. 3:21-cv-00621-HZ<br><br><br><br>**SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS** |

    Based on the Court's Order and Opinion (ECF 349) granting Defendants' Motion for Attorney Fees and Costs, in part, (ECF 317), IT IS HEREBY ORDERED AND ADJUDGED as follows:

    Defendants Ankur Mittal and Axeno Consulting Pvt. Ltd. are awarded a money judgment against plaintiffs, Argil DX LLC and Jason Meyer, jointly and severally, in the amount of $1,307,407.50 for attorney fees, in the amount of $78,710.91 for non-taxable costs, and in the

amount of $45,540.10 for taxable costs, for a total of $1,431,658.51, together with post-judgment interest at the federal rate as set forth in 28 U.S.C. § 1961, from entry of judgment until fully paid.

Dated this __11__ day of March 2025.

_____
The Honorable Marco A. Hernández
United States Senior Judge